# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: BRASEL, JEFFREY T.           § | Case No. 10-08357 |
|           BRASEL, CHRISTINA M.     § | |
|                                                       § | |
| Debtor(s)                                      § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 am on 7/14/2011 in Courtroom 250, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  05/12/2011          By:  JOSEPH R. VOILAND
                                                                               Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: BRASEL, JEFFREY T. § | Case No. 10-08357 |
| BRASEL, CHRISTINA M. § | |
| § | |
| Debtor(s) § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 3,250.09 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 3,250.09 |
| **Balance on hand:** | $ 3,250.09 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 3,250.09 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JOSEPH R. VOILAND | 812.52 | 0.00 | 812.52 |
| Trustee, Expenses - JOSEPH R. VOILAND | 82.74 | 0.00 | 82.74 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 895.26 |
| Remaining balance: | $ 2,354.83 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,354.83

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,354.83

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 52,102.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 4,046.26 | 0.00 | 182.88 |
| 2 | American Infosource Lp As Agent for | 119.97 | 0.00 | 5.43 |
| 3 | Chase Bank USA, N.A. | 8,168.75 | 0.00 | 369.19 |
| 4 | Chase Bank USA, N.A. | 4,544.67 | 0.00 | 205.40 |
| 5 | Chase Bank USA,N.A | 241.83 | 0.00 | 10.93 |
| 6 | C/O SALLIE MAE, Inc. | 2,393.25 | 0.00 | 108.17 |
| 7 | NCO PORTFOLIO MANAGEMENT | 3,409.58 | 0.00 | 154.10 |
| 8 | American Express Bank, FSB | 702.07 | 0.00 | 31.73 |
| 9 | Fia Card Services, NA/Bank of America | 13,548.78 | 0.00 | 612.35 |
| 10 | Fia Card Services, NA/Bank of America | 14,927.33 | 0.00 | 674.65 |

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 2,354.83 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By: /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Jeffrey T. Brasel  
Christina M. Brasel  
     Debtors

Case No. 10-08357-MB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: dross      Page 1 of 2      Date Rcvd: Jun 14, 2011  
                         Form ID: pdf006     Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2011.

```
db/jdb      +Jeffrey T. Brasel,   Christina M. Brasel,   1044 Woodcliff Drive,   South Elgin, IL 60177-2308
aty         +Juul H Thompson,   Juul H  Thompson, Attorney at Law,   105 Hamlet Street,
              Batavia, IL 60510-2147
tr          +Joseph Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
15177918    +American Express,   c/o Becket and Lee LLP,   Po Box 3001,   Malvern, PA 19355-0701
16435152     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15177920    +Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
16229122    +C/O SALLIE MAE, Inc.,   220 LASLEY AVE.,   WILKES BARRE, PA 18706-1496
15177921    +Chase,   201 N. Walnut St//De1-1027,   Wilmington, DE 19801-2920
16096234     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16170926    +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
15177923    +Citi Auto,   2208 Highway 121 Ste 100,   Bedford, TX 76021-5981
15177926    +Fia Csna,   Po Box 26012,   Nc4-105-02-77,   Greensboro, NC 27420-6012
15177928    +MiraMed Revenue Group LLC,   Dept 77304,   PO Box 77000,   Detroit, MI 48277-2000
16380700     NCO PORTFOLIO MANAGEMENT,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15177929    +Northwestern Med Fac Found,   38693 Eagle Way,   Chicago, IL 60678-1386
15177930    +Northwestern Mem Hospital Med Rec,   PO Box 73690,   Chicago, IL 60673-7690
15177935     Univ of Ill Physician Group,   135 South LaSalle St,   Box 3293,   Chicago, IL 60674-3293
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16062034     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 15 2011 00:18:13
              American Infosource Lp As Agent for,   Asta-Vativ,   PO Box 248838,
              Oklahoma City, OK   73124-8838
16050414     E-mail/PDF: mrdiscen@discoverfinancial.com Jun 15 2011 00:18:53     Discover Bank,
              Dfs Services LLC,   PO Box 3025,   New Albany, OH   43054-3025
15177925    +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 15 2011 00:18:53     Discover Fin Svcs Llc,
              Po Box15316,   Wilmington, DE 19850-5316
16447449     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 15 2011 00:18:13
              Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
              Oklahoma City, OK   73124-8809
15177927    +E-mail/PDF: cr-bankruptcy@kohls.com Jun 15 2011 00:19:59      Kohls/chase,
              N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
15177931    +E-mail/PDF: pa_dc_claims@salliemae.com Jun 15 2011 00:20:07     Sallie Mae,   11100 Usa Pkwy,
              Fishers, IN 46037-9203
15177934     E-mail/Text: jherndon@uic.edu Jun 15 2011 00:05:49     Univ of Ill Medical Center,
              Patient Accounts,   8332 Innovation Way,   Chicago, IL 60682-0083
                                                                                             TOTAL: 7
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
15177919*    +American Express,   c/o Becket and Lee LLP,   Po Box 3001,   Malvern, PA 19355-0701
15177922*    +Chase,   201 N. Walnut St//De1-1027,   Wilmington, DE 19801-2920
15177932*    +Sallie Mae,   11100 Usa Pkwy,   Fishers, IN 46037-9203
15177933*    +Sallie Mae,   11100 Usa Pkwy,   Fishers, IN 46037-9203
15177924    ##+Citimortgage Inc,   Po Box 9438,dept 0251,   Gaithersburg, MD 20898-9438
                                                                                   TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dross              Page 2 of 2              Date Rcvd: Jun 14, 2011
                              Form ID: pdf006          Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 16, 2011**               **Signature:**   /s/ Joseph Speetjens